# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

  -vs-                                            Case No. 08-CR-53

**JERMAINE CARTER,**

        Defendant.

# DECISION AND ORDER

Defendant Jermaine Carter ("Carter") filed a pro se motion for reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) under a recent amendment to the Sentencing Guidelines.

Because Carter's guideline sentencing range is not affected by the recent amendment to the Sentencing Guidelines Carter's request for a reduction of sentence is futile. Accordingly the Court must dismiss his petition.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

The motion for reduction of sentence is **DENIED**.

Dated at Milwaukee, Wisconsin, this  6th  day of  June , 2012.

                                                  **BY THE COURT:**

                                                  */s/ Rudolph T. Randa*
                                                  **HON. RUDOLPH T. RANDA**
                                                  **U.S. District Judge**