# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                                    Case No. 08-CR-53

**SERGIO HERNANDEZ,**

    Defendant.

## DECISION AND ORDER

The defendant, Sergio Hernandez, filed a motion for the return of property under Federal Rule of Criminal Procedure 41(g). Postjudgment motions under Rule 41(g) are civil actions subject to the Prison Litigation Reform Act. *United States v. Stevens*, 500 F.3d 625, 628 (7th Cir. 2007). To proceed with such an action, Hernandez must file a separate lawsuit and pay the filing fee (or use the partial payment procedures of the PLRA, 28 U.S.C. § 1915(b)). For now, the Court will DENY the motion [ECF No. 1553] without prejudice.

Dated at Milwaukee, Wisconsin, this 20th day of August, 2013.

                                                      **BY THE COURT:**

                                                      _____
                                                      **HON. RUDOLPH T. RANDA**
                                                      **U.S. District Judge**