# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                                Case No. 08-CR-53

**KEITH CALLAHAN,**

    Defendant.

## DECISION AND ORDER

Defendant, Keith Callahan ("Callahan") has requested a sentence reduction pursuant to the Fair Sentencing Act/Amendment 750. He requests relief under 18 U.S.C. § 3582(c)(2) and United States Sentencing Guideline Section 1B1.10.

Because these laws do not impact the sentence that the Court gave Callahan, his relief cannot be granted. Callahan was sentenced to 125 months after a motion by the government to reduce his guideline sentence from the then-existing range of 151-188 months. Callahan had his range of sentence reduced to 125-156 months because of a 5K1.1 motion, and the Court sentenced him to the low end of the range (the statutory minimum mandatory sentence was 120 months).

Because of the above, Callahan's motion must be denied.

**IT IS HEREBY ORDERED THAT:**

Callahan's motion for retroactive application of sentencing guidelines (ECF No. 1559) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 3rd day of February, 2014.

BY THE COURT:

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**